IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

V.     CASE NO. 4:19-CR-572-KGB-10

LENN NELSON, JR.     DEFENDANT

## ORDER

Defendant Lenn Nelson Jr. appeared with counsel Marjorie Rogers for plea and arraignment on October 24, 2019. The Government, represented by Assistant U.S. Attorney Benecia Moore, notified the Court that Mr. Nelson has an active warrant for his arrest out of Pulaski County, and she requested his detention. Mr. Nelson waived his right to an immediate detention hearing, but the Court reserved Mr. Nelson's right to a hearing when his counsel deems it appropriate.

Meanwhile, the Court remands Mr. Nelson to the custody of the United States Marshal for detention. Mr. Nelson must be afforded a reasonable opportunity to consult privately with defense counsel.

IT IS SO ORDERED this 25th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE